**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| YURI GARMASHOV, | Case No. 2:20-cv- 01392-KJM-CKD |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| vs. | |
| UNITED STATES PARACHUTE ASSOCIATION, INC., | Hon. Kimberly J. Mueller |
| Defendant. | Complaint Filed: July 8, 2020 |

1  Pursuant to Local Rule 144(a), Plaintiff Yuri Garmashov ("Plaintiff") and Defendant United States Parachute Association, Inc. ("USPA" or "Defendant") (together, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint (ECF No. 1) on July 8, 2020;

WHEREAS, Plaintiff served the Complaint and Summons on USPA on July 13, 2020 (ECF No. 8);

WHEREAS, USPA's response to the Complaint is currently due on August 3, 2020;

WHEREAS, the Parties have agreed to a twenty-one (21) day extension of time for USPA to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, this time modification will not have an effect on the schedule for this case;

WHEREAS, this is USPA's first request for an extension of time in this case;

NOW, THEREFORE, the Parties, by and through the undersigned counsel, hereby request that the Court extend USPA's time to answer or otherwise respond to the Complaint by twenty-one (21) days from August 3, 2020 up to and including **August 24, 2020**.

IT IS SO STIPULATED.

DATED: July 31, 2020                     Respectfully submitted,

                                         /s/ *Nathan D. Sinning*
                                         Nathan D. Sinning
                                         **ALSTON & BIRD LLP**

                                         Counsel for Defendant
                                         United States Parachute Association, Inc.


DATED: July 31, 2020                     /s/ *Jessica Huang*
                                         Jessica Huang
                                         **FOX ROTHSCHILD LLC**

                                         Counsel for Plaintiff
                                         Yuri Garmashov

# **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED. Defendant United States Parachute Association, Inc. shall have up to and including August 24, 2020 to answer or otherwise respond to Plaintiff's Complaint.

DATED: July 31, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE