ALEX B. KAUFMAN (GA SBN 136097) (pro hac vice)
AKaufman@FoxRothschild.com
FOX ROTHSCHILD LLP
999 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
Telephone:   (404) 962-1000
Facsimile:   (404) 962-1200

ZACK DAWSON (NC SBN 50268) (pro hac vice)
ZDawson@FoxRothschild.com
FOX ROTHSCHILD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone:   (336) 378-5200
Facsimile:   (336) 378-5400

JACK C. PRAETZELLIS (CA SBN 267765)
JPraetzellis@FoxRothschild.com
JESSICA HUANG (CA SBN 315208)
JHuang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:   (415) 364.5540
Facsimile:   (415) 391.4436

*Attorneys for Plaintiff*
*YURI GARMASHOV*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| YURI GARMASHOV,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES PARACHUTE ASSOCIATION, INC.<br><br>        Defendant. | Case No. 2:20-cv-01392-KJM-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Kimberly J. Mueller<br><br>Complaint Filed: July 8, 2020 |

The parties to this action, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal Without Prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated:                                          FOX ROTHSCHILD LLP

By:  */s/ Alex B. Kaufman*
     ALEX B. KAUFMAN
     ZACK DAWSON
     JESSICA HUANG

     *Attorneys for Plaintiff*
     YURI GARMASHOV

Dated:                                         ALSTON & BIRD LLP

By:  */s/ Nathan D. Sinning*
     NATHAN D. SINNING
     TINA V. NGO

     *Attorneys for Defendant*
     UNITED STATES PARACHUTE
     ASSOCIATION, INC.

## **[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED that this action is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

                                              Kimberly J. Mueller
                                      Chief United States District Judge